

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-18-00975-CV

**IN RE** Abelardo G. **GONZALES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

On January 7, 2019, relator filed a petition for writ of mandamus complaining the trial court had not set for hearing or ruled on a motion he filed with the court in mid-November 2018. On January 16, 2019, this court denied relator's petition because the motion had been pending before the trial court for only about two months. On January 31, 2019, relator filed a motion for rehearing, again complaining of the trial court's refusal to set his motion for a hearing or rule on the motion.

This court requests a response from the respondent. *See* TEX. R. APP. P. 49.2; 52.9. Any response must be filed in this court **no later than March 19, 2019**.

It is so **ORDERED** on March 4, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017 FLI 001815 C3, styled *In the Interest of M.A.G. and Z.A.G., Children*, pending in the County Court at Law No 2, Webb County, Texas, the Honorable Missy Medary presiding.